UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:
Jeannette Rossello

Case No. 14-20444-RAM
Chapter 13

Debtor.                              /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor JPMorgan Chase Bank, National Association demands that copies of all papers in this litigation be served upon:

Christopher Giacinto
Shapiro, Fishman & Gaché, LLP
4630 Woodland Corporate Blvd., Suite 100
Tampa, FL  33614

Further, the undersigned attorneys request that copies of all papers in this case continue to be served upon creditor's attorneys, Shapiro, Fishman & Gaché, LLP at the address listed above.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 13th day of May, 2014.

Jeannette Rossello, 8835 Northwest 110th Lane, Hialeah Gardens, FL 33018
Robert Sanchez, Esq., 355 West 49th Street, Hialeah, FL 33012
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

    _s. Christopher Giacinto_____
Christopher Giacinto
FL Bar # 55866
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5273
Fax: (813) 880-8800
E-mail: cgiacinto@logs.com

14-270258