UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

| | |
|---|---|
| **JEANNETTE ROSSELLO AKA JEANNETTE D ROSSELLO AKA JANETT D ROSELLO AKA JANNETTE ROSELLO AKA JANET C ROSELLO AKA JEANNETTE D ROSELLO AKA JANNETT ROSELLO AKA JEANNETTE DOYEN AKA JEANNETTE ROSELLO AKA JANET C ROSSELLO AKA JEANNETTE C ROSELLO AKA JANETT C ROSELLO AKA JANETT D ROSSELLO AKA AKA JEANNETEC ROSELLO AKA JEANNETTE C ROSELLO** | **CASE NO.: 14-BK-20444-RAM**<br><br>**CHAPTER**: 13 |

    **Debtor.**
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    **COMES NOW ALBERTELLI LAW,** attorneys for **JPMorgan Chase Bank, N.A.**, and hereby enters its Notice of Appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 8835 NW 110th LN, Hialeah Gardens, FL 33018-4560

- Last Four Digits of Loan Number: 7014

    The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Austin Noel, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2522

                              Facsimile: (813) 221-9171
                              bkfl@albertellilaw.com
                              Florida Bar No: 106539

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th Day of May, 2014, I served a copy of the foregoing upon:

**SERVICE LIST**

Jeannette Rossello
8835 NW 110 Lane
Hialeah Gardens, FL 33018-4560

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

                                            Austin Noel, Esq.
                                            **Albertelli Law**
                                            Attorney for Secured Creditor
                                            PO Box 23028
                                            Tampa, FL 33623
                                            Telephone:   (813) 221-4743 ext. 2522
                                            Facsimile:   (813) 221-9171
                                            bkfl@albertellilaw.com

                                            By: /s/ Austin Noel
                                            Austin Noel
                                            Florida Bar No: 106539