UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
**JEANNETTE ROSSELLO**　　　　　　　　　　CASE NO.: 14-BK-20444-RAM
*aka* **JEANNETTE D ROSSELLO**
*aka* **JANETT D ROSELLO**　　　　　　　　　CHAPTER: 13
*aka* **JANNETTE ROSELLO**
*aka* **JANET C ROSELLO**
*aka* **JEANNETTE D ROSELLO**
*aka* **JANNETT ROSELLO**
*aka* **JEANNETTE DOYEN**
*aka* **JEANNETTE ROSELLO**
*aka* **JANET C ROSSELLO**
*aka* **JEANNETTE C ROSSELLO**
*aka* **JANETT C ROSELLO**
*aka* **JANETT D ROSSELLO**
*aka* **JEANNETEC ROSELLO**
*aka* **JEANNETTE C ROSELLO**

　　　　**Debtor.**
_____/

## OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

JPMorgan Chase Bank, N.A. ("Creditor") by and through its undersigned attorney, hereby objects to the First Amended Chapter 13 Plan ("Plan") [DE #21] filed by the Debtor and states as grounds therefore:

1. Creditor is the owner and holder of a note and mortgage secured by real property located at 8835 NW 110th LN, Hialeah Gardens, FL 33018-4560

2. Creditor intends to and is in the process of filing a timely Proof of Claim ("Claim"), and anticipates the Claim to show a monthly post-petition payment of approximately $144.50 and arrears of approximately $9,870.25.

3. Creditor objects to Debtor's Plan as it fails to provide for the correct arrears owed to Creditor.

WHEREFORE, Creditor respectfully requests the Court enter an Order denying Confirmation and for such other and further relief as the Court deems appropriate.

    Austin Noel, Esq.
    Albertelli Law
    Attorney for Secured Creditor
    PO Box 23028
    Tampa, FL 33623
    Telephone: (813) 221-4743 ext. 2522
    Facsimile:  (813) 221-9171
    bkfl@albertellilaw.com

    By: /s/ Austin Noel
    Austin Noel
    Florida Bar No.:  106539

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of August, 2014, I served a copy of the foregoing on the parties listed below.

## SERVICE LIST

Jeannette Rossello
8835 NW 110 Lane
Hialeah Gardens, FL 33018-4560

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

                              Austin Noel, Esq.
                              Albertelli Law
                              Attorney for Secured Creditor
                              PO Box 23028
                              Tampa, FL 33623
                              Telephone: (813) 221-4743 ext. 2522
                              Facsimile:  (813) 221-9171
                              bkfl@albertellilaw.com

                              By: /s/ Austin Noel
                              Austin Noel
                              Florida Bar No.:  106539