**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
Third Amended plan

DEBTOR: Jeanette Rossello_____   JOINT DEBTOR:_____   CASE NO.: 14-20444-RAM___
Last Four Digits of SS# 0692_____   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

        A.        $ 575.47 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:        Attorney's Fee - $ 3650 TOTAL PAID $  1500 Balance Due $2150 payable
                          $43.00/month (Months 1 to  50)

<u>Secured Creditors</u>:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JPMorgan Chase Bank, N.A.
Address: 3415 Vision Drive OH4-7142        Payoff of first mortgage $ 7,955.21 at 8.25% for a total payment of $9,735.39
Columbus, OH 43219_____        Payment $ 162.26/month  (Months  1 to 60)
Account No: 1568493813409_____

2. JPMorgan Chase Bank, N.A.____        Arrearage on Petition **Date**  $ 9,870.25
Address: P.O. Box 24785
National Payment Services_____        Arrears Payment     $ 164.51_____/month (Months 1 to 60)
Columbus, OH 43224_____        Regular Payment    $ 144.50_____/month (Months 1 to 60)
Account No: 419400477014_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
                        Payable   $_____/month (Months___to ___) Regular Payment $_____

<u>Unsecured Creditors</u>:  Pay $ 3.65/month (Months 1 to  50) and Pay $46.65/ month (Months 51 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 Robert Sanchez, Esq._____        _____
Attorney for the Debtor                          Joint Debtor
Date: 1-30-2015_____                  Date:_____

LF-31 (rev. 01/08/10)