UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**IN RE:**

| | |
|---|---|
| **JEANNETTE ROSSELLO** | **CASE NO.: 14-BK-20444-RAM** |
| **AKA JEANNETTE D. ROSSELLO** | **CHAPTER: 13** |
| **AKA JANETT D. ROSELLO** | |
| **AKA JANNETTE ROSELLO** | |
| **AKA JANET C. ROSELLO** | |
| **AKA JEANNETTE D ROSELLO** | |
| **AKA JANNETT ROSELLO** | |
| **AKA JEANNETTE DOYEN** | |
| **AKA JEANNETTE ROSELLO** | |
| **AKA JANET C. ROSSELLO** | |
| **AKA JEANNETTE C. ROSSELLO** | |
| **AKA JANETT C. ROSELLO** | |
| **AKA JANETT D. ROSSELLO** | |
| **AKA JEANNETE C. ROSELLO** | |
| **AKA JEANNETTE C. ROSELLO** | |

**Debtor**

_____/

### EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

The undersigned, pursuant to Local Rule 2091-1, hereby moves to be substituted as counsel of record for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Client") in this action in place of Austin M. Noel, and states:

1. Albertelli Law has been engaged in legal representation of Client in this action.

2. Austin M. Noel filed a Notice of Appearance and Request for Service [DE 19] on behalf of the Client, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.

3. As of the date of filing this Motion, Austin M. Noel is no longer employed with the Albertelli Law.

4. The requested substitution will further the interests of justice and will not prejudice any party.

WHEREFORE, the undersigned respectfully requests an order granting its substitution as counsel of record for the Client JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in this action in place of Austin M. Noel and requests that the Clerk of court add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 27 day of February, 2015, I served a copy of the foregoing upon:

**SERVICE LIST**

Jeannette Rossello
8835 NW 110th Lane
Hialeah Gardens, FL 33018

Robert Sanchez, Esq.
355 W 49th St.
Hialeah, FL 33012

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

    /s/ Annessa S. Kalloo
    Annessa S. Kalloo, Esq.
    FBN 87058
    813-221-4743 ext. 1468

    Albertelli Law
    Attorney for Secured Creditor
    PO Box 23028
    Tampa FL 33629
    Facsimilie: 813-221-9171
    bkfl@albertellilaw.com