UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Jeannette Rossello                              Case Number: 14-20444-RAM
                                                        Chapter 13

      Debtor
_____/

**DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE FILED ON APRIL 12, 2017 BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AND MOTION FOR PAYMENT OF ATTORNEY'S FEES**

COMES NOW the Debtor, Jeannette Rossello, by and through her undersigned counsel, and files this Objection to Notice of Mortgage Payment Change filed on April 12, 2017 by JPMorgan Chase Bank, National Association and in support thereof states:

1. The instant case was filed under Chapter 13 on May 6, 2014.

2. Debtor's Chapter 13 plan provides for a payoff of the first mortgage (ending in 3409) on her homestead property with the Creditor, JPMorgan Chase Bank, N.A., for which payment is $162.26 a month which includes principal and interest.

3. JPMorgan Chase Bank, N.A. filed a Notice of Mortgage Payment change on April 12, 2017 increasing the debtor's regular mortgage payment to $892.23. An increase in the amount of $729.97 which would be effective on June 1, 2017.

4. The Notice of Mortgage Payment Change seems to indicate an increase in escrow payments from $363.32 per month to $431.34 per month.

5. Adding the new monthly escrow payments with the payoff payment amount of $162.26 per month, the total should be $593.60 and not $933.94.

6. The Debtor is willing to modify her plan to conform to the escrow payments, but objects to the additional and inexplicable monetary increase for which the Creditor is requesting.

7. Simultaneously with the filing of the instant motion debtor is filing a Motion to Modify with a regular monthly payment of $593.60.

8. Undersigned counsel requests that the Creditor file an amended notice of mortgage payment change in the instant case that will reflect the monthly payoff amount along with the correct monthly escrow payment.

9. Undersigned counsel attempted to resolve the matter without the need for a hearing by emailing Creditor's attorney, Ms. Elizabeth Eckhart, on April 19, 2017, but as of today, the undersigned has not received a response.

10. This matter may have been resolved with a simple response from the Creditor's attorney, but since no response was received, the undersigned was forced to file this Objection.

11. The Debtor has incurred attorney's fees in the amount of $525.00 for investigating this matter, attempting to communicate with the Creditor's attorney, and for the filing and prosecution of this Objection.

WHEREFORE the Debtor respectfully request that this Court sustain the Objection to the Notice of Mortgage Payment Change, Order JPMorgan Chase Bank, National Association to file

an amended notice of mortgage payment change, Grant the Motion for Attorney's Fees incurred in the matter, and grant such further relief as this Court may deem just and equitable.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served on May 18, 2017 electronically via ECF to: Nancy N. Neidich, Trustee, and via CM/ECF and regular mail to JPMorgan Chase Bank, N.A. Address Chase Records Center Attn: Correspondence Mail, Mail Code LA4-5555 700, Kansas Lane, Monroe, LA 71203 Email: shamyria.minor@chase.com, and

| | |
|---|---|
| JP Morgan Chase Bank | JP Morgan Chase Bank |
| c/o James L. Dimon, CEO | c/o James L. Dimon, CEO |
| 9200 Oakdale Avenue | 270 Park Avenue |
| Chatsworth, CA 91311 | New York, NY 10017 |

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 W 49th Street
                Hialeah, FL 33013
                Tel. (305) 687-8008

                By:/s/Robert Sanchez_____
                    Robert Sanchez, Esq., FBN#0442161