# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
FIRST MODIFIED plan

DEBTOR: Jeanette Rossello      JOINT DEBTOR: _____      CASE NO.: 14-20444-RAM
Last Four Digits of SS# 0692      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 559.48 for months 1 to 36; in order to pay the following creditors:
    B.    $ 1,050.21 for months 37 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 (Motion to Modify) = 4175 TOTAL PAID $  1500
    Balance Due $2675    payable $43.00/month (Months 1 to 36)
    payable $46.96/month (Months 37 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JPMorgan Chase Bank, N.A.
Address: 3415 Vision Drive OH4-7142      Payoff of first mortgage $ 7,955.21 at 8.25% for a total payment of $9,735.39
Columbus, OH 43219                        Payment $ 166.48/month (Months  1 to 36)
Account No: 1568493813409                 Payment $ 593.60/month (Months  37 to 60)*
    *(includes $162.26 for payoff plus $431.34 for escrows)

2. JPMorgan Chase Bank, N.A.               Arrearage on Petition **Date**  $ 9,870.25
Address: P.O. Box 24785
National Payment Services                  Arrears Payment    $ 168.79   /month (Months  1 to 36)
Columbus, OH 43224                         Regular Payment    $ 148.26   /month (Months  1 to 36)
Account No: 419400477014                   Arrears Payment $ 158.08/month (Months  37 to 60)
    Regular Payment $ 144.50/month (Months  37 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____      Total Due $_____
    Payable     $_____/month (Months ____ to ____ ) Regular Payment $_____

Unsecured Creditors: Pay $ 16.66/month (Months 1 to 36) and Pay $2.05/ month (Months 37 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  Robert Sanchez, Esq.
Attorney for the Debtor                          Joint Debtor
Date: 5/18/2017                                  Date:_____

LF-31 (rev. 01/08/10)