

**ORDERED in the Southern District of Florida on June 22, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Jeannette Rossello                              Case No: 14-20444-RAM
                                                         Chapter 13
_____Debtor_____/

**AGREED ORDER CONTINUING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE, IN ADDITION TO MOTION FOR PAYMENT OF ATTORNEY'S FEES, IN THE AMOUNT OF 525.00**

**THIS MATTER** having come to be heard on this 13th day of June, 2017 upon Debtor's Objection to Notice of Mortgage Payment Change, in addition to Motion for Payment of Attorney's Fees, in the Amount of $525.00 [ECF#62], and the parties having agreed and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED:**

1. The Objection to Notice of Mortgage Payment Change, in addition to Motion for Payment of Attorney's Fees, in the Amount of $525.00 [ECF#62] is continued to:

    Date: July 18, 2017
    Time: 9:00 a.m.
    Location: C. Clyde Atkins U.S. Courthouse
    301 North Miami Avenue
    Courtroom Number 4
    Miami, FL 33128
                     # # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.